Magistrate Judge Theresa L. Fricke

_____ FILED _____ LODGED
_____ RECEIVED

**Jun 11, 2020**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRON JACKSON,<br><br>Defendant. | CASE NO.  3:20-mj-05143<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code, Sections 1153, 2244(a)(5) and 2246(3) |

BEFORE the Honorable Magistrate Judge Theresa L. Fricke, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1
### (Abusive Sexual Contact)

On an unknown date in or about the year 2018, within the exterior boundaries of the Lower Elwha Klallam Reservation, Indian Country as defined by Title 18, United States Code, Section 1151, and within the Western District of Washington, TYRON JACKSON, an Indian, did knowingly engage in sexual contact, that is, intentional touching, either directly or through the clothing, of the genitalia of "Minor Victim 1 (MV1)" with the intent to abuse, humiliate, harass, degrade and arouse and gratify the sexual desire of any person, and at the time of the sexual contact, MV1 was a minor female who had not attained the age of twelve years.

COMPLAINT/*TYRON JACKSON* - 1

1    All in violation of Title 18, United States Code, Sections 1153, 2244(a)(5) and

2    2246(3).

3    The Complainant states in further support of this Complaint:

4    **Complainant's Background**

5    1.    I am a Special Agent with the Federal Bureau of Investigation (FBI), and

6    have been so employed for over eighteen years.  I am currently assigned to the Poulsbo

7    Resident Agency of the Seattle Division.  While employed as an FBI Agent, I have led

8    investigations and/or participated in investigations of a wide array of federal criminal

9    violations, including bank robbery, fugitives, drug crimes, organized crime, crimes

10   against children, and crimes occurring in Indian Country, including those involving

11   sexual abuse of a minor. The latter is the subject of this affidavit.

12   2.    The information contained in this affidavit is based upon my own

13   investigation, police reports, the investigations conducted by others, and the details

14   related to me by others familiar with this matter.  Because this affidavit is made for the

15   limited purpose of establishing probable cause, I have not listed each and every fact

16   known to me concerning this investigation.  I have set forth the facts that I believe are

17   necessary to establish probable cause to believe that TYRON JACKSON committed the

18   crime of Abusive Sexual Contact in violation of Title 18, United States Code, Sections

19   1153, 2244(a)(5) and 2246(3).

20   **Summary of Probable Cause**

21   3.    On June 10, 2019, the Lower Elwha Tribal Police Department (LEPD)

22   received a complaint from Indian Child Welfare that an eleven year old Native American

23   female, referred to herein as "Minor Victim 1 (MV1)" to protect her privacy, had

24   disclosed to her foster mother that she had been raped by an individual known to her as

25   "Tyron," who is a friend of her parents.  MV1 reported that the rape occurred at her

26   mother's residence, which is located within the exterior boundaries of the Lower Elwha

27   Klallam Reservation.

28

COMPLAINT/*TYRON JACKSON* - 2

4.      On June 17, 2019, MV1 was forensically interview by an FBI Child Forensic Interviewer.  During the forensic interview, MV1 made a disclosure of sexual abuse by an individual she identified as "Tyron," who she said sometimes stayed with her friend's family and was the best friend of her friend's father.  MV1 said the abuse happened the prior year, in the middle of her 4th grade school year, when she was ten years old.  MV1 said the abuse happened at the house where her mother and step-father[1] live, during a party they were having around a bonfire in the backyard.  MV1 stated that during the assault, her younger brother was asleep on the top bunk of the bed in their room, and that she was awake on the bottom bunk.  MV1 also stated that prior to the assault and while she was lying in bed, she heard footsteps in the hall and hid in a toy box in her room because she was scared it was her step-father and he might be mad.  From inside the toy box she could see Tyron enter the room, and "he was just standing there looking blank," and then he left.

5.      MV1 further described that Tyron came back into her bedroom on a number of additional occasions on the same night, and stuck his "thingy" into her private part, raping her.  MV1 described Tyron's "thingy" as a private part that boys use to pee.  She named her private part as her vagina.   MV1 said Tyron came into her room when she was trying to fall asleep, took out his "thing," then pulled down her pants and her underwear to her thighs and "put his thingy in [her] hole."  MV1 described that at first TYRON "did it lightly."  Then she said it "started getting harder and harder," and he "kept on shoving himself inside [her]."  MV1 said this made her private part hurt.  MV1 also said that she managed to turn from her side to her back, and then sat up and kicked him in the stomach.  Tryon stumbled and then he heard somebody enter the house from outside, and he left the bedroom.  MV1 described that after Tyron left she hid in the toy box in her room because she knew he was going to come back in her room.  When he next came back into her room, he did not find her so he left and went back out to the fire.

---

[1] Although MV1 refers to him as her step-father, I do not believe MV1 and her boyfriend are married.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 MV1 stated that Tyron stayed outside for about an hour and then she went back to bed
2 and fell asleep.

3       6.     During her forensic interview, MV1 further explained that at some point
4 after she fell back asleep, Tyron came back into her room, walked over to her bed, pulled
5 the covers down and just did the "same thing that he did in the first time." He never said
6 anything to her. MV1 did not remember being raped additional times that night, but she
7 said she believes Tyron returned again while she was sleeping because when she woke up
8 in the morning her pants were down and they had been up when she had fallen asleep.
9 According to MV1, when she woke up the next day, her private part was hurting with a
10 "stabbing pain." MV1 said she got up and did her normal morning routine before going
11 to school. She said her parents and their friends were still outside at the fire pit and
12 Tryon was on the couch sleeping. She did not tell her parents what happened at the time.

13       7.     On June 19, 2019, I interviewed a husband and wife who identified
14 TYRON JACKSON as a good friend. They stated that the husband had grown up with
15 JACKSON on the Quileute Reservation, and explained that prior to when he went into
16 treatment for drug abuse in November of 2017, JACKSON had stayed on their couch for
17 approximately nine months. The wife stated that she and her husband stopped allowing
18 JACKSON to come over to their house after JACKSON's wife told them that JACKSON
19 had done something sexual to a minor female family member. The husband and wife
20 have a daughter close to the age of MV1, who is MV1's friend.

21       8.     The husband stated that in the past he had attended bonfire parties together
22 with JACKSON at the home of MV1's mother and her boyfriend. The husband also said
23 that he learned from JACKSON's wife that JACKSON did something to a minor female
24 family member when they lived in Michigan. Under pressure from his estranged wife,
25 JACKSON eventually told the husband that he was accused of inappropriately touching a
26 minor relative, but denied that he did it. The husband stated that he distanced himself
27 from JACKSON about a year ago due to JACKSON's drug use and the allegations of
28 sexual abuse.

COMPLAINT/*TYRON JACKSON* - 4

1        9.     On June 19, 2019, MV1's mother was interviewed.  MV1's mother stated

2  that she met TYRON JACKSON through her cousin and her boyfriend.  MV1's mother

3  recalled that she and her boyfriend threw a few parties at their house that included

4  drinking around bonfires in a fire pit behind their house.  MV1's mother said that her

5  children were home during these parties, but were always asleep before they began.  She

6  initially stated they did not allow people in the house during these parties, but later

7  acknowledged that JACKSON may have passed out on their couch one time following

8  one of these parties.

9        10.    Later that evening, JACKSON was arrested by LEPD.  Following his

10  arrest, Jackson was transported to the LEPD where he waived his *Miranda* rights and was

11  interviewed.  During that interview, JACKSON acknowledged knowing MV1 as the

12  daughter of MV1's mother and her boyfriend.  JACKSON also acknowledged he went to

13  parties at their house which involved bonfires.  JACKSON stated the last time he was at

14  their house for a party was over a year ago.  JACKSON initially denied sexually abusing

15  MV1, but later in the interview JACKSON stated, "I guess if she said I did it I guess I –

16  I'll – I'll – I guess I'll say I did it."  Following that statement, JACKSON requested to

17  speak with his lawyer and the interview was terminated.

18        11.    On July 19, 2019, MV1's brother was forensically interviewed by an FBI

19  Child Forensic Interviewer.  During the interview, MV1's brother stated that when he

20  lived with his mother and her boyfriend, he sometimes shared a room with his sister.

21  There was a toy box and a bunk bed in the room he shared with his sister, and he slept on

22  the top bunk while she slept on the bottom bunk.  MV1's brother confirmed that his

23  parents would have friends over and go in the back of the house to have fires.  When his

24  parents had fires, he could see them through a window from his bunk bed and he would

25  watch the fires and fall asleep.  MV1's brother said that sometimes grown-ups slept over

26  at the house on the couch in the living room.

27        12.    I have confirmed that JACKSON is a twenty-nine year old, enrolled

28  member of the Quileute Tribe, a federally recognized tribe.  Based on my review of

COMPLAINT/*TYRON JACKSON* - 5

1  JACKSON's Certificate of Indian Blood issued by the Quileute Tribe, I know that

2  JACKSON was enrolled with the Quileute Tribe in 2005 and has a quantum of Indian

3  blood of ½.

4      13.    I have confirmed that the residence where the offense conduct is alleged to

5  have occurred is located within the exterior boundaries of the Lower Elwha Klallam

6  Reservation.

7                                                **Conclusion**

8      14.    Based on the above facts, I respectfully submit that there is probable cause

9  to believe that TYRON JACKSON committed the crime of Abusive Sexual Contact, in

10  violation of Title 18, United States Code, Sections 1153, 2244(a)(5) and 2246(3).

11

12

13

14                                    *Colleen B. Sanders*

15                                    COLLEEN B. SANDERS, Complainant

16                                    Special Agent, FBI

17

18      Based on the Complaint and Affidavit sworn to before me, and submitted

19  electronically, the Court hereby finds that there is probable cause to believe the

20  Defendant committed the offenses set forth in the Complaint.

21

22      Dated this __11th__ day of June, 2020.

23

24                                    *Theresa L. Fricke*

25                                    Hon. Theresa L. Fricke

26                                    United States Magistrate Judge

27

28

COMPLAINT/*TYRON JACKSON* - 6